IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
_____

| | | |
|---|---|---|
| Tommy Webb, #164280, | ) | C.A. #9:06-1780-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Tom Fox, Director, Horry County Detention Center; Sue Stafford, Captain, Horry County Detention Center, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon the magistrate judge's recommendation that defendants' motion for summary judgment be granted. Because plaintiff is proceeding pro se, this matter was referred to the magistrate judge.[1]

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate

---

[1]Pursuant to the provisions of Title 28 United States Code, § 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., the magistrate judge is authorized to review all pretrial matters in such *pro se* cases, and submit findings and recommendations to this Court.

court level.  United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).[2]  No objections have been filed

to the magistrate judge's report.  Moreover, the report and recommendation sent to plaintiff was

returned with "RETURN TO SENDER - REFUSED - UNABLE TO FORWARD"  marked on the

envelope, and no change of address had been given as directed by the court.[3]

    A review of the record indicates that the magistrate judge's report accurately summarizes this

case and the applicable law, therefore, the magistrate judge's report and recommendation is hereby

adopted as the order of this Court.   For the reasons articulated by the magistrate judge, defendants'

motion for summary judgment is **GRANTED**.

        **AND IT IS SO ORDERED.**

                                     PATRICK MICHAEL DUFFY
                                     United States District Judge


Charleston, South Carolina

April 24, 2007

---

    [2]In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant
must receive fair notification of the consequences of failure to object to a magistrate judge's
report before such a procedural default will result in waiver of the right to appeal.  The notice
must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of
what is required.'"  Id. at 846.  Plaintiff was advised in a clear manner that his objections had to
be filed within ten (10) days, and he received notice of the consequences at the appellate level of
his failure to object to the magistrate judge's report.

    [3]The court issued an order on August 24, 2006, instructing plaintiff to keep the Clerk of
Court advised in writing of any change of address.

2

**<u>NOTICE OF APPEAL</u>**

Plaintiff is hereby notified that he has the right to appeal this Order within thirty (30) days

from the date hereof pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.